# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Tennessee

**FILED**

FEB 17 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| In the Matter of the Search of | |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) ) ) ) |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 224-229-1644 | |

Case No. 21-MJ-26

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 3583 | Violation of Term of Supervised Release after Imprisonment |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael McCoy/DUSM ~~AUSA-EDTN~~
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/17/21

_____
*Judge's signature*

City and state: Greeneville, Tennessee

Cynthia Richardson Wyrick, District Judge
*Printed name and title*